# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DANIEL HOWARD DEARMAN, ET AL** | **CASE NO. 6:24-CV-00235** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **VOLKSWAGEN GROUP OF AMERICA INC.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 10] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED that, consistent with the REPORT AND RECOMMENDATION, Defendant's PARTIAL MOTION TO DISMISS [Doc. 4] is GRANTED.

THUS DONE AND SIGNED in Chambers on this 13th day of May 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE